AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

District of MINNESOTA

Belzeta Phillips

Plaintiff

V.

Child Garden Montessori

Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE 00-2788 JMR/FLN

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

☒ The clerk is directed to file the complaint.

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 4th day of January, 2001.

Signature of Judicial Officer

FRANKLIN L. NOEL, MAGISTRATE JUDGE
Name and Title of Judicial Officer

FILED JAN 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK