UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Belzeta Phillips,

Plaintiff,

vs.

Child Garden Montessori,

Defendant.

Case No.: 00-2788 JMR/FLN

**STIPULATION OF DISMISSAL AND ORDER**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that plaintiff's Complaint and defendant's Counterclaim in the above-entitled action be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that the Court may enter and file the following Order.

Dated: February 12, 2001

CALDECOTT WHEELER & SEARLES, P.L.C.

By [signature]
David R. Forro (I.D. No. 150708)
10 So. Fifth St., Suite 900
Minneapolis, MN 55402
Telephone: (612) 332-4455
Attorneys for Defendant

Dated: February 14, 2001

FREDRICKSON & BYRON, P.A.

By [signature]
Lora Esch Mitchell (I.D. No. 259615)
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Telephone: (612) 347-7185
Attorneys for Plaintiff

FEB 2 1 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

**ORDER**

Based upon the foregoing STIPULATION,

IT IS HEREBY ORDERED that this matter and all claims of the parties in the above-entitled action be and hereby are dismissed with prejudice, without further costs, disbursements, or attorneys' fees to any party.

Dated: February 16, 2001

By____________________
James M. Rosenbaum
Judge of District Court